UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re Dennis L. Beagles | § | No.15-31612 |
| Judith A. Beagles | | |
| Debtor, | § | Chapter 13 |

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned appears for Colony Ridge Investments, L.L.C., a party in interest in this case, and requests that all notices given and papers served in this case be given to and served on the undersigned at Brent A. Lane, Beard & Lane, P.C., 12841 Jones Road, Suite 100, Houston, Texas 77070.

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before this Court in this case.

_____
Brent A. Lane
Attorney-in-Charge
Texas Bar No. 24046262
12841 Jones Road, Suite 100
Houston, Texas  77070
Telephone: (281)897-8848
Facsimile: (281)897-8850
Email: brent@beardlane.com
Attorney for Colony Ridge Investments, L.L.C.

## CERTIFICATE OF SERVICE

I certify that on April 21, 2015, a true and correct copy of Creditor's Notice of Appearance - Bankruptcy was served to each person in the system and mailed as shown below.

_____
Brent A. Lane

Dennis L. Beagles
Judith A. Beagles
25538 White Oak Lane
Splendora, Texas 77372
*Sent via Regular First Class Mail*